Amberlea Davis
Nevada Bar Number: 11551
Law Offices of Amberlea Davis
415 S. Sixth St, Ste 300
Las Vegas, NV 89101
Phone: (702) 440-8000
Email: Amber@SheIsMyLawyer.com
Attorney for:Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIMBERLY BENDER, an individual.

    Plaintiffs

v.

CLARK COUNTY SCHOOL DISTRICT, a county school district;

    Defendant

Case No.:2:18-cv-00663-JCM-PAL

STIPULATION AND ORDER TO CONTINE RESPONSIVE DEADLINES

KIMBERLY BENDER, by and through the undersigned attorney and CLARK COUNTY SCHOOL DISTRICT, by and through their undersigned attorney, stipulate that KIMBERLY BENDER be given until January 17, 2018 to respond to Defendant's Motion for Attorney Fees and Costs ECF No. 21. The reason is that the motion was filed just before the holidays and counsel for Plaintiff was unavailable from December 21 through January 2. The extension will not effect any hearings as no hearings are currently set.

Respectfully submitted this 7th day of January, 2019.

    _____/s/ Amberlea Davis___                       ____/s/ S. Scott Greenberg___

    Amberlea Davis attorney for Plaintiff        S. Scott Greenberg, Esq attorney for CCSD

1

ORDER

IT IS HEREBY ORDERED that the deadline for Plaintiff to file its response to Defendant's Motion for Attorney Fees and Costs, ECF No. 21, is extended from January 2, 2019 to January 17, 2019.

_____
United States District Judge

Dated: January 10, 2019.